JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| GENTEK MEDIA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MEDIA SERVICES OMAHA, an entity of unknown form; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: CV07-7015-DSF (OPx)<br><br>**JUDGMENT**<br><br>Court Rm: 840 (Roybal Bldg)<br><br>Hon. Dale S. Fischer |

　　　The Court having conducted a trial on March 11, 2009, and for the reasons set forth in the Findings of Fact and Law filed in this matter,

　　　IT HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff GENTEK MEDIA, INC. shall take judgment on its Complaint against Defendant MEDIA SERVICES OMAHA in the principal amount of $88,913.00 and prejudgment interest of $23,475.91. for a total judgment of $112,388.91.

　　　IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: 6/2/09_____   _/s/ Dale S. Fischer_____
　　　　　　　　　　　　　　　　　　Hon. DALE S. FISCHER
　　　　　　　　　　　　　　　　　　United States District Judge

1

[PROPOSED] JUDGMENT